IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JERRY ANTHONY GRIFFIN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:10-cv-67 (HL) |
| Warden KENNETH VAUGHN, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Recommendation (Doc. 7) entered on August 17, 2010, of United States Magistrate Judge Thomas Q. Langstaff, in which the Magistrate Judge recommends that Plaintiff's claims against Warden Kenneth Vaughn, Sgt.Charlie Zackery, and Susan Crawford be dismissed from this action.

The Plaintiff has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. All defendants are dismissed from this action except PA Badger and Christopher Riley.

**SO ORDERED**, this the 19th day of November, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc