IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JERRY ANTHONY GRIFFIN,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:10-CV-67 (HL) |
| : | |
| : | |
| **CHRISTOPHER RAILEY,** : | |
| : | |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 29) filed August 3, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Report and Recommendation were filed within in time allowed.

**SO ORDERED,** this the 1st day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**